# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**754**

**CA 11-00207**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

---

JAMES M. ROBERTS, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

ROBERT OUTHOUSE, SHERIFF OF COUNTY OF CAYUGA
AND COUNTY OF CAYUGA, A MUNICIPAL CORPORATION,
DEFENDANTS-APPELLANTS.

---

THE LAW FIRM OF FRANK W. MILLER, EAST SYRACUSE (FRANK W. MILLER OF
COUNSEL), FOR DEFENDANTS-APPELLANTS.

SUGARMAN LAW FIRM, LLP, SYRACUSE (AMY M. VANDERLYKE OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Cayuga County (Mark H.
Fandrich, A.J.), entered December 6, 2010. The order, insofar as
appealed from, denied the motion of defendants for summary judgment
and to preclude plaintiff's expert testimony.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered: June 10, 2011                              Patricia L. Morgan
                                                    Clerk of the Court